


U.S. Department of Justice

United States Attorney
Middle District of North Carolina
101 South Edgeworth Street          Phone (336) 333-5351

P. O. Box 1858
Greensboro, NC 27401          Criminal Fax (336) 333-5381
                               Civil Fax (336) 333-5257
                               Administration Fax (336) 333-5561

Tommy Boyd Evans                          March 2, 2012
5118 Jordan Valley Rd, Lot 73
Trinity, NC 27370

Dear Mr. Evans:

    This office is currently investigating possible violations of Title 18, United States Code, Section 2251A(a)(5)(B), possession of child pornography, and Title 18, United States Code, Section 2252A(a)(1) and (2), distribution/receipt of child pornography. Facts uncovered during the course of the investigation to date suggest that it may be necessary to ask a United States federal grand jury to review your activities with respect to those matters. You are a target of this investigation.

    Before that meeting of the grand jury, however, you and an attorney who can represent you in Federal court are invited to appear at this office to meet with members of the United States Attorney's Office and federal agents. You are invited to bring with you any and all records, documents, or writings of any nature whatsoever which you feel will be helpful. If you wish to do so, you or your attorney must notify me in writing by Friday, March 24, 2012. **Do not call this office**.

    In considering how to respond to this request, please take note of the following:

1. You have the right to remain silent. Accordingly, you have no obligation to participate in such an interview or grand jury proceeding. If you do agree to an interview, you may refuse to answer any question we ask and may, in addition, terminate the interview at any time once it has begun.

2. You have the right to consult with a lawyer of your choice before responding to this request and to have your lawyer attend the interview. Because of your possible involvement in the matters under investigation, it would be prudent for you to seek the advice of counsel. <u>If you cannot afford one and you financially meet court guidelines, you may be able to obtain an appointed counsel</u>. The correct procedure to obtain appointed counsel would be to call U.S. Pretrial Services and advise them you have received a target letter and wish to be interviewed to qualify for appointed counsel. **The telephone number for U.S. Pretrial Services is (336)631-5371.**

3. Anything you say in the course of the interview may be used against you in any criminal proceeding which may be undertaken.

4. Nothing contained in this letter should be construed as an offer of immunity.

Sincerely,

RIPLEY RAND
United States Attorney

Anand P. Ramaswamy
Assistant United States Attorney

cc: Elaine Rector
    Pretrial Services
    Winston-Salem, North Carolina